

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

December 30, 2021

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2022

Conference cancelled.

Re: *Cohen v. Insider Media Group*, 1:21-cv-07673 (CM)

Dear Judge McMahon:

MEMO ENDORSED

*Colleen McMahon*
1/5/2022

    We represent plaintiff Thierry Cohen ("Plaintiff") in the above-captioned case and write on behalf of both parties to respectfully request that the Court adjourn the initial case management conference scheduled for January 6, 2022 <u>and</u> to enter an order referring this matter to the Magistrate Judge for purposes of a settlement conference.

1) The original initial case management conference is scheduled for January 6, 2022.

2) This is the first request for an adjournment and no previous requests for an adjournment have been granted or denied.

3) Defendant Insider Media Group consents to the adjournment and agrees to the Court's proposed entry of an order to refer this matter to the Magistrate Judge for purposes of conducting a settlement conference.

4) No other scheduled dates will be impacted by this request.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*
*Thierry Cohen*